## In the matter of Burke *v.* His Creditors.

SLIDELL, C. J. For the reason assigned in case under same title, No. 3243 of the docket of this Court, a similar judgment is rendered in this case.

It is therefore ordered that the judgment of the District Court be reversed, and the adjudication to *G. Burke*, tutor, be annulled—the costs of the rule in both Courts to be paid by the insolvent estate.